USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MASON TENDERS' DISTRICT COUNCIL
WELFAR FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING
FUND, ET AL.,

           Plaintiffs,

-against-

BENJAMIN KURZBAN & SON CONTROL,
INC., ET AL.,

           Defendants.

17-cv-5129 (JGK)

**ORDER**

**JOHN G. KOELTL, United States District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Pitman issued on December 6, 2018, following an inquest on damages following the default of the defendants. No objections to the Report and Recommendation have been filed and the time for filing any Objections has passed. In any event, the Court finds that the Report and Recommendation are well founded.[1]

Therefore, the Court directs that Judgment be entered in favor of the plaintiffs and against the defendants, jointly and

---

[1] The Court notes that in Paragraph 20 of the Report and Recommendation, the figure should be $12,301.48 rather than $21,301.408. The correct figure is used in the Conclusion of the Report and Recommendation to calculate the total amount of damages owed to the plaintiff.

1

severally, in the amount of $245,217.71. The Clerk is also directed to close any pending motions and to close this case.

**SO ORDERED.**

**Dated: January 5, 2019**
      **New York, New York**

_____
JOHN G. KOELTL
United States District Judge